JUDGE PRESKA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA :

- v. - :

OVED VEGA, :
a/k/a "O,"
a/k/a "Mantha," :
FRANKIE REYES,
a/k/a "Biscuit," :
HENRY MEJIA,
a/k/a "Bigs," :
FELIX CASTILLO,
a/k/a "Spyder," :
JUSTIN RODRIGUEZ,
a/k/a "Poochie," :
JESSICA GLENN,
a/k/a "J," :
GABRIEL CRUZ,
a/k/a "Gabe," :
ISIAH PEREZ,
a/k/a "Izzy," :
NOEL PEREZ,
a/k/a "Lito," :
ALFREDO RODRIGUEZ,
a/k/a "Fetti," :
MARKEEN JORDAN,
a/k/a "Kingo," :
STEFAN CROMARTIE,
a/k/a "Stef," :
DAYQUAN SALAMAN,
a/k/a "Domo Gz," :

Defendants. :

- - - - - - - - - - - - - - - - - - x

**SEALED INDICTMENT**

17 CRIM 283

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: MAY 10 2017

**COUNT ONE**

The Grand Jury charges:

1. From in or about 2012 up to and including in or about May 2017, in the Southern District of New York and elsewhere, OVED VEGA, a/k/a "O," a/k/a "Mantha," FRANKIE REYES, a/k/a "Biscuit,"

HENRY MEJIA, a/k/a "Bigs," FELIX CASTILLO, a/k/a "Spyder," JUSTIN RODRIGUEZ, a/k/a "Poochie," JESSICA GLENN, a/k/a "J," GABRIEL CRUZ, a/k/a "Gabe," ISIAH PEREZ, a/k/a "Izzy," NOEL PEREZ, a/k/a "Lito," ALFREDO RODRIGUEZ, a/k/a "Fetti," MARKEEN JORDAN, a/k/a "Kingo," STEFAN CROMARTIE, a/k/a "Stef," DAYQUAN SALAMAN, a/k/a "Domo Gz," the defendants, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that OVED VEGA, a/k/a "O," a/k/a "Mantha," FRANKIE REYES, a/k/a "Biscuit," HENRY MEJIA, a/k/a "Bigs," FELIX CASTILLO, a/k/a "Spyder," JUSTIN RODRIGUEZ, a/k/a "Poochie," JESSICA GLENN, a/k/a "J," GABRIEL CRUZ, a/k/a "Gabe," ISIAH PEREZ, a/k/a "Izzy," NOEL PEREZ, a/k/a "Lito," ALFREDO RODRIGUEZ, a/k/a "Fetti," MARKEEN JORDAN, a/k/a "Kingo," STEFAN CROMARTIE, a/k/a "Stef," DAYQUAN SALAMAN, a/k/a "Domo Gz," the defendants, and others known and unknown, would and did distribute and possess with intent to distribute controlled substances in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substances that OVED VEGA, a/k/a "O," a/k/a "Mantha," FRANKIE REYES, a/k/a "Biscuit," HENRY MEJIA, a/k/a "Bigs," FELIX CASTILLO, a/k/a "Spyder," JUSTIN RODRIGUEZ,

a/k/a "Poochie," JESSICA GLENN, a/k/a "J," GABRIEL CRUZ, a/k/a "Gabe," ISIAH PEREZ, a/k/a "Izzy," NOEL PEREZ, a/k/a "Lito," ALFREDO RODRIGUEZ, a/k/a "Fetti," MARKEEN JORDAN, a/k/a "Kingo," STEFAN CROMARTIE, a/k/a "Stef," DAYQUAN SALAMAN, a/k/a "Domo Gz," the defendants, and others known and unknown, conspired to distribute and possess with intent to distribute were: (a) one kilogram and more of mixtures and substances containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(A ; (b) 280 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," in violation of Title 21, United States Code, Section 841(b)(1)(A); and (c) five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(A).

**MEANS AND METHODS OF THE CONSPIRACY**

4. At all times relevant to this Indictment, a criminal drug-trafficking organization (the "Davidson Avenue DTO") controlled narcotics trafficking on Davidson Avenue between West Tremont Avenue and West Burnside Avenue in the Bronx, New York (the "Davidson Block"). Members of the Davidson Avenue DTO sold heroin, crack cocaine, and cocaine, among other illegal narcotics, on the Davidson Block, and prevented others from

doing the same by the threat of violence.

5. Members of the Davidson Avenue DTO are also members and associates of the "55" and "Wildcard" neighborhood sets of the nationwide Crips street gang. Members of the Davidson Avenue DTO possessed firearms, and planned and engaged in acts of violence to, among other reasons, protect and maintain their drug business. In particular, members of the Davidson Avenue DTO used their firearms in territory battles with members and associates of the rival Bloods gang, as well as during internal disputes over authority within the Crips sets that composed the DTO.

**OVERT ACTS**

6. In furtherance of the conspiracy and to effect the illegal objects thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a. In or around 2014, the leader of the Davidson Avenue DTO, OVED VEGA, a/k/a "O," a/k/a "Mantha," the defendant, gave FELIX CASTILLO, a/k/a "Spyder," the defendant, an AR-15 assault rifle for CASTILLO's birthday.

b. In or around the Summer of 2015, FRANKIE REYES, a/k/a "Biscuit," the defendant, directed others known and unknown, to conduct a retaliatory shooting.

c. In or around 2015, HENRY MEJIA, a/k/a "Bigs," the defendant, initiated a physical altercation with CASTILLO regarding money that CASTILLO owed MEJIA for a quantity of cocaine.

d. On or about March 8, 2015, JUSTIN RODRIGUEZ, a/k/a "Poochie," the defendant, and others known and unknown, shot and injured another member of the Crips gang on the Davidson Block in an internal dispute over authority within the 55 set of the Crips.

e. On or about July 19, 2016, JESSICA GLENN, a/k/a "J," the defendant, possessed distribution quantities of heroin and crack cocaine on the Davidson Block.

f. On or about September 26, 2016, GABRIEL CRUZ, a/k/a "Gabe," the defendant, sold a quantity of heroin to a Confidential Informant ("CI-1") on the Davidson Block.

g. On or about October 11, 2016, ISIAH PEREZ, a/k/a "Izzy," the defendant, sold a quantity of heroin to CI-1 on the Davidson Block.

h. On or about April 1, 2016, NOEL PEREZ, a/k/a "Izzy," the defendant, sold a quantity of crack cocaine to an undercover officer on the Davidson Block.

i. On or about August 8, 2014, ALFREDO RODRIGUEZ, a/k/a "Fetti," the defendant, possessed distribution quantites

of crack cocaine and marijuana, and drug distribution paraphernalia, in an apartment located on the Davidson Block.

j. On or about March 1, 2017, MARKEEN JORDAN, a/k/a "Kingo," the defendant, with others known and unknown, sold a quantity of heroin to a customer in the lobby of 2021 Davidson Avenue.

k. On or about February 2, 2017, STEFAN CROMARTIE, a/k/a "Stef," the defendant, engaged in a conversation with another member of the Davidson Avenue DTO, regarding, in sum and substance, the quantity of heroin CROMARTIE had remaining to sell.

l. On or about July 21, 2016, DAYQUAN SALAMAN, a/k/a "Domo Gz," the defendant, possessed distribution quantities of heroin and crack cocaine on the Davidson Block.

(Title 21, United States Code, Section 846.)

**COUNT TWO**

The Grand Jury further charges:

7. From in or about 2012 up to and including in or about May 2017, in the Southern District of New York and elsewhere, OVED VEGA, a/k/a "O," a/k/a "Mantha," FRANKIE REYES, a/k/a "Biscuit," HENRY MEJIA, a/k/a "Bigs," FELIX CASTILLO, a/k/a "Spyder," JUSTIN RODRIGUEZ, a/k/a "Poochie," JESSICA GLENN, a/k/a "J," GABRIEL CRUZ, a/k/a "Gabe," ISIAH PEREZ, a/k/a

"Izzy," NOEL PEREZ, a/k/a "Lito," ALFREDO RODRIGUEZ, a/k/a "Fetti," MARKEEN JORDAN, a/k/a "Kingo," STEFAN CROMARTIE, a/k/a "Stef," and DAYQUAN SALAMAN, a/k/a "Domo Gz," the defendants, during and in relation to a drug trafficking crime for which they may be prosecuted in a court of the United States, namely, the narcotics conspiracy charged in Count One of this Indictment, knowingly did use and carry firearms, and, in furtherance of such crime, did possess firearms, and did aid and abet the use, carrying, and possession of firearms, at least one of which was brandished and discharged.

(Title 18, United States Code, Section 924(c)(1)(A)(i), (ii), and (iii), and 2.)

**FORFEITURE ALLEGATION**

8. As a result of committing the controlled substance offense charged in Count One of this Indictment, OVED VEGA, a/k/a "O," a/k/a "Mantha," FRANKIE REYES, a/k/a "Biscuit," HENRY MEJIA, a/k/a "Bigs," FELIX CASTILLO, a/k/a "Spyder," JUSTIN RODRIGUEZ, a/k/a "Poochie," JESSICA GLENN, a/k/a "J," GABRIEL CRUZ, a/k/a "Gabe," ISIAH PEREZ, a/k/a "Izzy," NOEL PEREZ, a/k/a "Lito," ALFREDO RODRIGUEZ, a/k/a "Fetti," MARKEEN JORDAN, a/k/a "Kingo," STEFAN CROMARTIE, a/k/a "Stef," DAYQUAN SALAMAN, a/k/a "Domo Gz," the defendants, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the

defendants obtained directly or indirectly as a result of the offense and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense charged in Count One of this Indictment.

**Substitute Assets Provision**

9. If any of the above-described forfeitable property, as a result of any act or omission of OVED VEGA, a/k/a "O," a/k/a "Mantha," FRANKIE REYES, a/k/a "Biscuit," HENRY MEJIA, a/k/a "Bigs," FELIX CASTILLO, a/k/a "Spyder," JUSTIN RODRIGUEZ, a/k/a "Poochie," JESSICA GLENN, a/k/a "J," GABRIEL CRUZ, a/k/a "Gabe," ISIAH PEREZ, a/k/a "Izzy," NOEL PEREZ, a/k/a "Lito," ALFREDO RODRIGUEZ, a/k/a "Fetti," MARKEEN JORDAN, a/k/a "Kingo," STEFAN CROMARTIE, a/k/a "Stef," DAYQUAN SALAMAN, a/k/a "Domo Gz," the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

Kim Schmer [signature]
FOREPERSON

Joon H. Kim [signature]
JOON H. KIM
Acting United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

OVED VEGA, a/k/a "O," a/k/a "Mantha,"
FRANKIE REYES, a/k/a "Biscuit,"
HENRY MEJIA, a/k/a "Bigs,"
FELIX CASTILLO, a/k/a "Spyder,"
JUSTIN RODRIGUEZ, a/k/a "Poochie,"
JESSICA GLENN, a/k/a "J,"
GABRIEL CRUZ, a/k/a "Gabe,"
ISIAH PEREZ, a/k/a "Izzy,"
NOEL PEREZ, a/k/a "Lito,"
ALFREDO RODRIGUEZ, a/k/a "Fetti,"
MARKEEN JORDAN, a/k/a "Kingo,"
STEFAN CROMARTIE, a/k/a "Stef,"
DAYQUAN SALAMAN, a/k/a "Domo Gz,"

Defendants.

**INDICTMENT**

17 Cr. ___ (___)

(18 U.S.C. §§ 924(c)(1)(A) and 2; 21 U.S.C. § 846.)

JOON H. KIM

Acting United States Attorney.

A TRUE BILL

Kim Johnson

Foreperson.

05/10/2017

(CA)

SEALED INDICTMENT FILED WITH ARREST WARRANTS

JUDGE PARKER
USMJ