UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>FRANKIE REYES,<br><br>Defendant. | NOLLE PROSEQUI<br><br>17 Cr. 283 (LAP) |

1. The filing of this *nolle prosequi* will dispose of this case with respect to FRANKIE REYES, the defendant.

2. On May 17, 2017, Indictment 17 Cr. 283 (the "Original Indictment") was filed, charging FRANKIE REYES, the defendant, and others with one count of conspiracy to distribute narcotics, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A), and one count of use of firearms during and in furtherance of the narcotics conspiracy, in violation of 18 U.S.C. §§ 924(c) and 2.

3. On February 14, 2019, Superseding Indictment S3 19 Cr. 283 (the ("Superseding Indictment") was filed, charging FRANKIE REYES, the defendant, and others with one count of conspiracy to commit racketeering in violation of 18 U.S.C. § 1962(d), one count of murder in aid of racketeering in violation of 18 U.S.C. §§ 1959(a)(1) and 2, one count of use of a firearm during and in furtherance of murder in aid of racketeering, in violation of 18 U.S.C. § 924(j) and 2, one count of use of a firearm during and in furtherance of the racketeering conspiracy,

in violation of 18 U.S.C. § 924(c) and 2, one count of conspiracy to distribute narcotics, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A), and one count of use of firearms during and in furtherance of the narcotics conspiracy, in violation of 18 U.S.C. §§ 924(c) and 2.

4. On March 2, 2022, Superseding Information S11 17 Cr. 283 (LAP) (the "Superseding Information") was filed, charging FRANKIE REYES, the defendant, with one count of conspiracy to commit racketeering in violation of 18 U.S.C. § 1962(d). Also on March 2, 2022, REYES pled guilty to the sole count of the Superseding Information.

5. On or about June 16, 2022, FRANKIE REYES, the defendant, died while in custody at the United States Marshals Service at the Brooklyn Hospital Center.

6. Because FRANKIE REYES, the defendant, died before a final judgement was entered, the charges must be dismissed under

Case 1:17-cr-00283-LAP Document 536-1 Filed 07/12/22 Page 3 of 3

the rule of abatement. *See United States v. Wright*, 160 F.3d 905, 908 (2d Cir. 1998).

7. Accordingly, I recommend that an order of *nolle prosequi* be filed as to all charges against defendant FRANKIE REYES.

Dated: New York, New York
July 11, 2022

Hagan Scotten
Assistant United States Attorney

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of *nolle prosequi* be filed as to all charges against defendant FRANKIE REYES.

Dated: New York, New York
July 11, 2022

Damian Williams
United States Attorney
Southern District of New York

SO ORDERED:

Dated: New York, New York
July 13, 2022

Hon. Loretta A. Preska
United States District Judge
Southern District of New York